BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant ROMERO-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 10-0159 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING BRIEFING |
| ) | SCHEDULE AND HEARING DATE; |
| ) | EXCLUSION OF TIME |
| ALBERTO ROMERO-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the motion briefing schedule and hearing date for defendant Alberto Romero-Ramirez, may be modified as follows: defendant's motion to dismiss, currently due on June 25, 2010, shall be filed no later than July 30, 2010, the government's opposition, currently due on July 9, 2010, shall be filed no later than August 13, 2010, defendant's reply, currently due on July 16, 2010 shall be filed no later than September 3, 2010, and the motions hearing date, currently scheduled for July 30, 2010 at 11:00 a.m. shall be continued to September 17, 2010 at 11:00 a.m. for hearing on defendant's motion to dismiss.

1   IT IS FURTHER STIPULATED that the time from the last hearing date on June 11, 2010,
2   until the conclusion of the hearing on September 17, 2010 shall be excluded in accordance with the
3   provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation
4   of counsel, and 18 U.S.C. §3161(h)(1)(D) for delay resulting from the preparation and filing of the
5   pretrial motion to dismiss, from the filing of the motion until the conclusion of the hearing.

8   DATED: 6/23/10                              ____/s/_____
                                                JOYCE LEAVITT
9                                               Attorney for Alberto Romero-Ramirez

11
12  DATED: 6/23/10                              _____/s/_____
                                                JOHN D. COOKE
13                                              Special Assistant United States Attorney

14      I hereby attest that I have on file all holographed signatures for any signatures indicated by a
15  conformed signature (/s/) within this e-filed document.

*U S v. Alberto Romero-Ramirez,* CR 10-159
DLJ; Stip. Continuing filing & hearing date           - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motions filing date is modified as follows: defendant's motion to dismiss shall be filed no later than Friday, July 30, 2010, the government's opposition shall be filed no later than August 13, 2010, and defendant's reply shall be filed no later than September 3, 2010.  The motions hearing date, currently scheduled for July 30, 2010 at 11:00 a.m. is hereby vacated and continued to September 17, 2010 at 11:00 a.m. before Honorable D. Lowell Jensen for a hearing on defendant's motion to dismiss.

IT IS FURTHER ORDERED that the time from the last hearing date on June 11, 2010, until the hearing on September 17, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, and 18 U.S.C. §3161(h)(1)(D) for delay resulting from the preparation and filing of the pretrial motion to dismiss, from the filing of the motion until the conclusion of the hearing.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:  June 25, 2010

_____
HONORABLE D. LOWELL JENSEN
United States District Judge