1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ROMERO-RAMIREZ

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )    No. CR 10-0159 DLJ
12              Plaintiff,              )
                                        )
13                                      )    STIPULATION AND
        v.                              )    ORDER CONTINUING BRIEFING
14                                      )    SCHEDULE AND HEARING DATE;
                                        )    EXCLUSION OF TIME
15 ALBERTO ROMERO-RAMIREZ,             )
                                        )
16              Defendant.             )
                                        )
17 _____

18                          **STIPULATION**

19      IT IS HEREBY STIPULATED, by and between the parties to this action, that the motion

20 briefing schedule and hearing date for defendant Alberto Romero-Ramirez, may be modified as

21 follows: defendant's motion to dismiss, currently due on July 30, 2010, shall be filed no later than

22 August 13, 2010, the government's opposition, currently due on August 13, 2010, shall be filed no

23 later than September 3, 2010, defendant's reply, currently due on September 3, 2010 shall be filed no

24 later than September 17, 2010, and the motions hearing date, currently scheduled for September 17,

25

26 2010 at 11:00 a.m. shall be continued to October 8, 2010 at 11:00 a.m. for hearing on defendant's

1   motion to dismiss.

2         IT IS FURTHER STIPULATED that the time from now until the conclusion of the hearing on

3   October 8, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18

4   U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, and 18 U.S.C.

5   
6   §3161(h)(1)(D) for delay resulting from the preparation and filing of the pretrial motion to dismiss,

7   from the filing of the motion until the conclusion of the hearing.

8   

9   DATED: 7/29/10                          _____/s/_____

10                                          JOYCE LEAVITT
                                            Attorney for Alberto Romero-Ramirez
11   

12   
13   DATED: 7/29/10                          _____/s/_____

                                            JOHN D. COOKE
14                                          Special Assistant United States Attorney

15   

16         I hereby attest that I have on file all holographed signatures for any signatures indicated by a
     conformed signature (/s/) within this e-filed document.

17   

18   

19   

20   

21   

22   

23   

24   

25   

26   

*U S v. Alberto Romero-Ramirez,* CR 10-159
DLJ; Stip. Continuing filing & hearing date            - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motions filing date is modified as follows: defendant's motion to dismiss shall be filed no later than Friday, August 13, 2010, the government's opposition shall be filed no later than September 3, 2010, and defendant's reply shall be filed no later than September 17, 2010.  The motions hearing date, currently scheduled for September 17, 2010 at 11:00 a.m. is hereby vacated and continued to October 8, 2010 at 11:00 a.m. before Honorable D. Lowell Jensen for a hearing on defendant's motion to dismiss.

IT IS FURTHER ORDERED that the time until the hearing on October 8, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, and 18 U.S.C. §3161(h)(1)(D) for delay resulting from the preparation and filing of the pretrial motion to dismiss, from the filing of the motion until the conclusion of the hearing.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: July 29, 2010

_____
HONORABLE D. LOWELL JENSEN
United States District Judge