1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MASB 100560)
   Acting Chief, Oakland Branch
5  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
6
      1301 Clay Street, Suite 340S
7     Oakland, CA 94612
      Telephone: (510) 637-3680
8     Facsimile:  (510) 637-3724
      E-Mail:    stephen.corrigan@usdoj.gov
9                john.cooke@usdoj.gov

10 Attorneys for the United States of America

11                       UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                                OAKLAND DIVISION

14 UNITED STATES OF AMERICA,           )   No. CR-10-0159 DLJ
                                       )
15      Plaintiff,                     )
                                       )
16                                     )   NOTICE OF DISMISSAL; ORDER
        v.                             )
17                                     )
   ALBERTO ROMERO-RAMIREZ,             )
18     a/k/a Alberto Ramirez,          )
       a/k/a Alberto Romero,           )
19     a/k/a Alberto Ramirez Romero,   )
       a/k/a Alberto Rodriguez Romero, )
20                                     )
        Defendant.                     )
21 _____)

22      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

23 United States Attorney for the Northern District of California dismisses the above indictment

24 without prejudice and moves that the Court quash the arrest warrant issued in connection with

25 //

26 //

27 //

28 //

NOTICE OF DISMISSAL
No. CR-10-0159 DLJ

the indictment in this case.

DATED: September 3, 2010                    Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney

                                             _____/s/_____
                                             STEPHEN G. CORRIGAN
                                             Acting Chief, Oakland Branch

**ORDER**

     Based upon the motion of the United States, IT IS HEREBY ORDERED that the above-captioned indictment is dismissed without prejudice.  It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: <u>September 3, 2010</u>                    _____

                                             HON. D. LOWELL JENSEN
                                             United States District Judge